**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

OCTAVIO SANTOS LOPEZ,

      *Petitioner*,

v.

      Case No. 3:26-cv-329-WWB-PDB

SHERIFF SCOTTY RHODEN, et al.,

      *Respondents*.

_____

## <u>ORDER</u>

THIS CAUSE is before the Court on Petitioner's unopposed Motion to Dismiss Without Prejudice Pursuant to F.R.C.P. 41(a)(2) (Doc. 10).  Pursuant to Federal Rule of Civil Procedure 41, the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 27, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record